UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80731-AMC

ALISON WOHL,

    *Plaintiff*,

vs.

UNITED STATES DEPARTMENT
OF EDUCATION,

    *Defendant*.
_____/

## JOINT STATUS REPORT

Plaintiff Alison Wohl and Defendant United States Department of Education, through their respective counsel and pursuant to the Court's Paperless Notice of Hearing [DE 21] advise the Court that they have reached an amicable resolution of this manner. In exchange for the dismissal of this FOIA case, Plaintiff has agreed to accept and Defendant has agreed to provide a declaration signed by an individual with authority to aver that no additional documents responsive to Plaintiff's FOIA request—beyond those already produced to Plaintiff on July 17, 2024—are in the Department of Education's possession. The declaration is now being drafted.

The parties request that the Court cancel the hearing on Defendant's pending Motion to Dismiss scheduled for March 19, 2025 at 10:00 a.m. and relieve the parties of the requirement to file a further joint status report on or before March 14, 2025.

A joint stipulation of dismissal of this case will follow Plaintiff's receipt of the proposed declaration.

Respectfully submitted,

| | |
|---|---|
| *Zakarij N. Laux* | *Robert C, Gindel, Jr.* |
| Assistant United States Attorney | ROBERT C.GINDEL JR., P.A. |
| Fla. Bar No. 93784 | Fla. Bar No. 470740 |
| United States Attorney's Office | 1500 Gateway Boulevard |
| 99 NE 4th Street, Third Floor | Suite 220 |
| Miami, Florida 33132 | Boynton Beach, FL 33426 |
| (305) 961-9053 | (561) 649-2344 |
| zakarij.laux@usdoj.gov | robertgindel@robertgindel.com |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |